<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                           EASTERN DIVISION
</pre>

DANIEL BITTLE-LINDSEY,                )
                                      )
                  Plaintiff,           )
                                      )
     v.                                )          **JUDGMENT**
                                      )          4:19-CV-40-BO
SEEGARS FENCE COMPANY, INC. and        )
SEEGARS FENCE COMPANY INC. OF          )
NEWPORT,                              )
                                      )
                  Defendants.          )
                                      )

**Decision by Court.**
This cause comes before the Court on defendants' motion for summary judgment. The matters have been fully briefed and are ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** the defendants' motion for summary judgment [DE 24] is GRANTED. Summary judgment on all claims is entered in favor of the defendants.

**This judgment filed and entered on December 10, 2020, and served on:**
Craig Hensel (via CM/ECF Notice of Electronic Filing)
Dan M. Hartzog (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog (via CM/ECF Notice of Electronic Filing)
Michael B. Cohen (via CM/ECF Notice of Electronic Filing)

                                        PETER A. MOORE, JR., CLERK

December 10, 2020
                                         /s/Lindsay Stouch
                                        By: Deputy Clerk